01

02

03

04

05

06

07                                UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
08                                        AT SEATTLE

09  JERRY BUNNAO RACCA,                            )
                                                   )    CASE NO.   C11-1235-RSM-MAT
10             Petitioner,                         )              (CR06-106-RSM)
                                                   )
11         v.                                      )
                                                   )    ORDER GRANTING
12  UNITED STATES OF AMERICA,                      )    GOVERNMENT'S MOTION FOR
                                                   )    EXTENSION OF TIME
13             Respondent.                         )
    _____       )

14

15         This is an action brought pursuant to 28 U.S.C. § 2255.   Currently pending before the

16  Court is the government's motion for an extension of time to file an answer to petitioner's

17  § 2255 motion.   The Court, having considered the government's motion, and the balance of the

18  record, does hereby find and ORDER:

19         (1)     The government's unopposed motion for an extension of time to file an answer

20  to petitioner's § 2255 motion (Dkt. No. 7) is GRANTED.   The government is directed to file

21  and serve its answer not later than *October 17, 2011*.   The government is reminded that the

22  answer will be treated in accordance with Local Rule CR 7 and, thus, should be noted on the

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

01  Court's calendar for consideration on the fourth Friday after it is filed.  The government is

02  further reminded that the noting date *must* appear in the caption of the document.  Any

03  submission which does not comply with this requirement will be stricken.

04        Petitioner may file and serve a response to the government's answer not later than the

05  Monday immediately preceding the Friday appointed for consideration of the matter.  The

06  government may file and serve a reply brief not later than the Friday designated for

07  consideration of the matter.[1]

08        (2)    The Clerk is directed to send copies of this Order to petitioner, to the United

09  States Attorney, and to the Honorable Ricardo S. Martinez.

10        DATED this 26th day of September, 2011.

11

12                                 Mary Alice Theiler

13                                 United States Magistrate Judge

14

15

16

17

18

19

20

21

22  [1] The Court notes that an identical motion for extension of time was posted in the underlying criminal case.  (*See* CR96-106-RSM, Dkt. No. 396.)  That motion is STRICKEN as moot.

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 2