UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY BUNNAO RACCA, ) | |
| ) | CASE NO. C11-1235-RSM-MAT |
| Petitioner, ) | (CR06-106-RSM) |
| ) | |
| v. ) | |
| ) | ORDER GRANTING |
| UNITED STATES OF AMERICA, ) | GOVERNMENT'S MOTION FOR |
| ) | EXTENSION OF TIME |
| Respondent. ) | |
| _____ ) | |

This is an action brought pursuant to 28 U.S.C. § 2255. Currently pending before the Court is the government's motion for an extension of time to file an answer to petitioner's § 2255 motion. The Court, having considered the government's motion, and the balance of the record, does hereby find and ORDER:

(1) The government's unopposed motion for an extension of time to file an answer to petitioner's § 2255 motion (Dkt. No. 7) is GRANTED. The government is directed to file and serve its answer not later than *October 17, 2011*. The government is reminded that the answer will be treated in accordance with Local Rule CR 7 and, thus, should be noted on the

ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

Court's calendar for consideration on the fourth Friday after it is filed. The government is further reminded that the noting date *must* appear in the caption of the document. Any submission which does not comply with this requirement will be stricken.

Petitioner may file and serve a response to the government's answer not later than the Monday immediately preceding the Friday appointed for consideration of the matter. The government may file and serve a reply brief not later than the Friday designated for consideration of the matter.[1]

(2) The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to the Honorable Ricardo S. Martinez.

DATED this 26th day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge

---

[1] The Court notes that an identical motion for extension of time was posted in the underlying criminal case. (*See* CR96-106-RSM, Dkt. No. 396.) That motion is STRICKEN as moot.