UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY BUNNAO RACCA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.   C11-1235-RSM <br>                     (CR06-106-RSM) <br><br> ORDER DENYING MOTION UNDER <br> 28 U.S.C. § 2255 |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion under § 2255 (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is GRANTED; and

/ / /

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -1

(4) The Clerk shall send copies of this Order to petitioner, to counsel for the government, and to Judge Theiler.

DATED this 16 day of April 2012.

                                         RICARDO S. MARTINEZ
                                         UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -2