UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY BUNNAO RACCA,  )
  )
    Petitioner,  ) CASE NO.   C11-1235-RSM
  )                (CR06-106-RSM)
  v.  )
  )
UNITED STATES OF AMERICA,  ) ORDER DENYING MOTION UNDER
  ) 28 U.S.C. § 2255
    Respondent.  )
  )

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's motion under § 2255 (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice;

    (3)    In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is GRANTED; and

/ / /

(4) The Clerk shall send copies of this Order to petitioner, to counsel for the government, and to Judge Theiler.

DATED this 16 day of April 2012.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -2